FILED  
United States Court of Appeals  
Tenth Circuit

April 29, 2014

Elisabeth A. Shumaker  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

In re: JEREMY VAUGHN PINSON,

      Petitioner.

No. 14-1080  
(D.C. No. 1:13-CV-01567-BNB)

_____

ORDER

_____

The captioned mandamus is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1 and 3.3(B).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 29, 2014 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jeremy Vaughn Pinson
USP - Florence ADMAX
P.O. Box 8500
Florence, CO 81226
#16267-064

**RE:**   **14-1080, In re: Pinson**
         Dist/Ag docket: 1:13-CV-01567-BNB

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/sds